UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NANCY HOLDERMAN-GRANTHAM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18 CV 265 CDP |
| WAKEFIELD & ASSOCIATES, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER OF REMAND

Plaintiff Nancy Holderman-Grantham filed this action in a Missouri state court against five defendants, namely Wakefield & Associates, Inc.; Medical-Commercial Audit, Inc.; Capital One, N.A.; Experian Information Solutions, Inc.; and Trans Union, LLC, seeking relief for alleged violations of the Fair Debt Collections Practices Act and the Fair Credit Reporting Act. Defendant Trans Union removed the action to this Court on February 16, 2017, invoking this Court's federal question jurisdiction. Defendant Medical-Commercial Audit now moves to remand the case to state court. The removing defendant, Trans Union, does not oppose. Because there is no unanimity among the defendants to have this case heard in the federal forum, I will grant the motion to remand. *See* 28 U.S.C. § 1448; *Ford v. Associated Elec. Coop., Inc.*, No. 2:17 CV 71 CDP, 2017 WL 5903969, at *2 (E.D. Mo. Nov. 30, 2017).

Accordingly,

**IT IS HEREBY ORDERED** that defendant Medical-Commercial Audit, Inc.'s Motion to Remand [7] is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is remanded to the Circuit Court of St. Charles County, Missouri, from which it was removed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of March, 2018.